KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CSBN 172732)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7212
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0542 CRB |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXCLUSION OF TIME |
|     v. ) | |
| MARY ANN LOCKE, ) a/k/a Mary Ann Diaz, ) | |
|     Defendant. ) | |

    The defendant came before the Court for identification of counsel, submission of financial affidavit and entry of plea on September 16, 2005. At the hearing, the Court appointed Steven Kalar, Assistant Federal Public Defender, to represent Ms. Locke. The matter was set over until October 5, 2005 at 2:15 p.m. before the Honorable Charles R. Breyer for an initial appearance. The parties agreed, and the Court found, that the time between September 16, 2005 and October 5, 2005 was properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court found that, due to the complexity of this matter and defense counsel's unavailability for part of the time between September 16 and October 5, failure to grant the requested continuance would unreasonably

deny the defense the reasonable time necessary for effective preparation. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: 10/3/05

/s/
STEVEN G. KALAR
Attorney for the Defendant

DATED: 9/29/05

/s/
HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

## **ORDER**

For the foregoing reasons, as stated on the record at the September 16, 2005 hearing in this matter, the Court HEREBY ORDERS the period between September 16, 2005 and October 5, 2005 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: October 5, 2005

JOSEPH C. SPERO
United States Magistrate Judge