KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CSBN 172732)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7212
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0542 CRB |
|     Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUSION OF TIME |
|     v. | |
| MARY ANN LOCKE, <br>     a/k/a Mary Ann Diaz, | |
|     Defendant. | |

    The defendant came before the Court for her initial appearance on August 29, 2005.  At the hearing, the Court provisionally appointed Steven Kalar, Assistant Federal Public Defender, to represent Ms. Locke.  The parties requested that the matter be continued until September 16, 2005, for identification of counsel, submission of a financial affidavit, and entry of plea.  The parties agreed, and the Court found, that the time between August 29, 2005 and September 16, 2005 was properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court found that, due to the complexity of this matter, failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation.  The parties agree that the ends of justice

served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: 10/3/05                      /s/
STEVEN G. KALAR
Attorney for the Defendant

DATED: 9/10/05                      /s/
HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

## ORDER

For the foregoing reasons, as stated on the record at the August 29, 2005 hearing in this matter, the Court HEREBY ORDERS the period between August 29, 2005 and September 16, 2005 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: October 6, 2005                _[signature]_
BERNARD ZIMMERMAN
United States Magistrate Judge