KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CSBN 172732)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7212
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0542 CRB |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| v. | |
| MARY ANN LOCKE, <br>    a/k/a Mary Ann Diaz, | |
|     Defendant. | |

The defendant came before the Court for an initial appearance on October 5, 2005. At the hearing, the defendant was represented by Steven Kalar, Assistant Federal Public Defender. The matter was set over until November 16, 2005 at 2:15 p.m. The parties agreed, and the Court found, that the time between October 5, 2005 and November 16, 2005 was properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court now finds that, due to the complexity of this matter and defense counsel's unavailability for part of the time between October 5, 2005 and November 16, 2005, the failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the ends of justice served by granting

the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: 10/06/05 /S/ Steven G. Kalar
STEVEN G. KALAR
Attorney for the Defendant

DATED: 10/05/05 /S/ Christina Hua
CHRISTINA HUA
Assistant United States Attorney

## ORDER

For the foregoing reasons, and for the reasons stated on the record at the October 5, 2005 hearing in this matter, the Court HEREBY ORDERS the period between October 5, 2005 and November 16, 2005 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: October 11, 2005

CHARLES R. BREYER
United States District Judge

*APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California*