IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARY ANN LOCKE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00542 CRB <br><br> [~~PROPOSED~~] STIPULATED ORDER MODIFYING RELEASE CONDITIONS |

     The conditions of Ms. Locke's release are modified to permit her to travel to the Eastern District of California to visit her family over the Thanksgiving holiday. She is permitted to travel to the Eastern District on Tuesday, November 22 and return to the Northern District on Sunday, November 27, 2005. She shall provide her itinerary, and where she will be staying, to her Pretrial

//
//
//
//
//
//
//

Services Officer.

IT IS SO ORDERED.

November 18, 2005
DATED                                              ~~BERNARD ZIMMERMAN~~ Nandor J. Vadas
                                                   United States Magistrate Judge

*[Signature: Judge Nandor J. Vadas, seal of United States District Court, Northern District of California]*

IT IS SO STIPULATED.

_____                                   ____/s_____
DATED                                              KEVIN V. RYAN
                                                   United States Attorney
                                                   Northern District of California
                                                   HAYWOOD GILLIAM
                                                   Assistant United States Attorney


_____                                   ____/s_____
DATED                                              BARRY J. PORTMAN
                                                   Federal Public Defender
                                                   Northern District of California
                                                   STEVEN G. KALAR
                                                   Assistant Federal Public Defender