IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARY ANN LOCKE,<br><br>            Defendant. | No. CR 05-00542 CRB<br><br>STIPULATED ORDER MODIFYING RELEASE CONDITIONS |

    The conditions of Ms. Locke's pretrial release are modified to permit her to travel within the Northern and Eastern Districts of California.

IT IS SO ORDERED.

\_\_April 10, 2006_____
DATED                         BERNARD ZIMMERMAN
                              United States Magistrate Judge

IT IS SO STIPULATED.

_____       \_\_\_\_/s_____
DATED                         KEVIN V. RYAN
                              United States Attorney
                              Northern District of California
                              HAYWOOD GILLIAM
                              Assistant United States Attorney

_____       \_\_\_\_/s_____
DATED                         BARRY J. PORTMAN
                              Federal Public Defender
                              Northern District of California
                              STEVEN G. KALAR
                              Assistant Federal Public Defender