IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00542 CRB |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] STIPULATED ORDER MODIFYING RELEASE CONDITIONS |
| MARY ANN LOCKE, | ) | |
| Defendant. | ) | |

The conditions of Ms. Locke's release are modified to permit her to travel to the Eastern District of California to visit her family over the Thanksgiving holiday. She is permitted to travel to the Eastern District on Wednesday, November 22 and return to the Northern District on Sunday, November 26, 2006. She shall provide her itinerary, and where she will be staying, to her Pretrial

//
//
//
//
//
//
//

*Locke*, CR 05-0542 CRB
ORD. MODIFYING PRETRIAL RELEASE

1  Services Officer.

3  IT IS SO ORDERED.

4  ____November 16, 2006____
5  DATED                              By: _____
                                      Judge Bernard Zimmerman
6                                     United States Magistrate Judge

7  IT IS SO STIPULATED.

8
9  _____11/16/06_____           _____/s_____
   DATED                              KEVIN V. RYAN
                                      United States Attorney
10                                    Northern District of California
                                      TIM CRUDO
11                                    Assistant United States Attorney

12

13  _____11/16/06_____          _____/s_____
    DATED                             BARRY J. PORTMAN
                                      Federal Public Defender
14                                    Northern District of California
                                      STEVEN G. KALAR
15                                    Assistant Federal Public Defender

*Locke*, CR 05-0542 CRB
ORD. MODIFYING PRETRIAL RELEASE            2