IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARY ANN LOCKE, <br> Defendant. | No. CR 05-00542 CRB <br><br> [~~PROPOSED~~] STIPULATED ORDER MODIFYING RELEASE CONDITIONS |

The conditions of Ms. Locke's pretrial release are modified to permit her to travel within the Central, Eastern and Northern Districts of California. She may only travel within the Central and Eastern Districts of California after first providing her itinerary to her Pretrial Services Officer, and only after obtaining the approval of her Pretrial Services Officer.

IT IS SO ORDERED.

February 24, 2008
DATED
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO STIPULATED.

February 19, 2008
DATED
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
PETER AXELROD
Assistant United States Attorney

February 19, 2008       /s
DATED
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Locke*, CR 05-0542 CRB
ORD. MODIFYING PRETRIAL RELEASE